UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. THOMERSON, *et al.*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COVERCRAFT, *et al.*<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00690-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF DISPUTES TO ARBITRATION<br><br>(Doc. 58)<br><br>ORDER VACATING SCHEDULING CONFERENCE |

　　　On May 24, 2023, Plaintiffs John A. Thomerson, Erik Guldager, Phala E. Velarde, and Elizabeth White ("Plaintiffs") initiated this action against Defendants Covercraft Industries, LLC and Jasbir Patel ("Defendants") with the filing of a complaint in the United States District Court, District of South Carolina.  (Doc. 1).  On June 13, 2024, the claims of Plaintiff Velarde were transferred to this Court.  (Docs. 52-54).

　　　Pending before the Court is the stipulated request of Plaintiff Velarde and Defendants for order staying the action and requiring submittal of the parties' dispute to arbitration.  (Doc. 58).

　　　In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

　　　　1. The claims of Plaintiff Phala E. Velarde SHALL BE SUBMITTED to arbitration;

　　　　2. This action shall be stayed in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;

3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration within 30 days of the date of this order;

4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 90 days following the date of this order until arbitration is completed;

5. Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued prosecution of this case; and

6. The Scheduling Conference set for September 10, 2024 (Doc. 55) and the parties' obligation to file a joint report in advance of the conference is VACATED.

IT IS SO ORDERED.

Dated:   **August 20, 2024**

UNITED STATES MAGISTRATE JUDGE